**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BERT PATRICK JENNINGS**                                    **CIVIL ACTION**

**VERSUS**                                                              **NO. 25-1829**

**TEXAS STATE POWER AUTHORITY**                  **SECTION "G" (4)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that plaintiff Bert Jennings's 42 U.S.C. § 1983 complaint against defendant Texas State Power Authority be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

**NEW ORLEANS, LOUISIANA,** this 1st  day of May, 2026.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**